**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roy Edward TAYLOR, a/k/a Big Roy,**
**a/k/a Roy Penn, Defendant–**
**Appellant.**

No. 12–8009.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 26, 2013.

Decided: March 1, 2013.

Roy Edward Taylor, Appellant Pro Se. Jeb Thomas Terrien, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Edward Taylor appeals the district court's order denying reconsideration of its order denying Taylor's 18 U.S.C. § 3582(c)(2) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Taylor*, No. 3:99–cr–00076–NKM–1 (W.D.Va. Nov. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*